IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TRAMICA NEWTON**                                                                             **PLAINTIFF**

**v.**                                                      **Civil No. 1:23cv308-HSO-BWR**

**DEUTSCHE BANK NATIONAL
TRUST COMPANY AMERICAS et al.**                        **DEFENDANTS**

## FINAL JUDGMENT

This matter is before the Court sua sponte. After consideration of the record in this case and relevant legal authority, the Court finds that in accord with its Order of Dismissal entered herewith, and its Order [7] entered on February 7, 2024,

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that this civil action is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 7th day of March, 2024.

                                                *s/ Halil Suleyman Ozerden*
                                                HALIL SULEYMAN OZERDEN
                                                UNITED STATES DISTRICT JUDGE